# EXHIBIT

# 4

```
LXSF   Doc No: 00174522
       Book: 8575  Page:    9
```

## ASSIGNMENT OF NOTE AND MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc. of 7105 Corporate Drive, Plano, TX (the "Assignor"), the present holder of that certain note and mortgage given by Felipe D. Mercedes and Adelaida D. Mercedes to Mortgage Electronic Registration Systems, Inc., as nominee for Domestic Bank dated October 30, 2003 and recorded with the Land Evidence Records of the City of Providence, State of Rhode Island in Book 6157, Page 335, for valuable consideration to it paid, does without recourse hereby assign, transfer, convey and deliver all of its rights, title and interests in and to that certain note and mortgage to Bank of New York, as Trustee for the CertificateHolders CWABS 2004-02 of c/o 7105 Corporate Drive, Plano, Texas, its successors and assigns.

IN WITNESS WHEREOF, Assignor has executed this assignment on this 26th day of February, 2007.

MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR
COUNTRYWIDE HOME LOANS, INC.

Name: AMANDA FARRAR, VICE PRESIDENT
Title:

STATE OF **TEXAS**
COUNTY OF **COLLIN**

In **PLANO, TEXAS**, in said County, on the 26th day of February, 2007, before me personally appeared the above-named **AMANDA FARRAR**, to me known and known by me to be a/an/the **VICE PRESIDENT** of Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc., the party executing the foregoing instrument, and he/she acknowledged said instrument by him/her so

```
Doc No: 00174522
Book: 8575   Page:    10
```

executed to be his/her free act and deed and the free act and deed of said Mortgage Electronic Registration Systems, Inc., as nominee for Countrywide Home Loans, Inc.

KATHY REPKA
My Commission Expires
November 14, 2010

Name: KATHY REPKA
Notary Public
My Commission Expires: 11-14-2010

160-162 Whittier Avenue
Providence, Rhode Island

**RECEIVED:**

```
Providence
Received for Record
Mar 05,2007  at  01:54:36P
Document Num:   00174522
Barbara Troncy
Recorder of Deeds
```

2

JAN 10 2017

CERTIFIED COPY

ATTEST

RECEIVED FOR RECORD
056568

TRUE COPY
RECORDER OF DEEDS
PROVIDENCE, R.I.

at book 8575
pages 9-10