# EXHIBIT

# 5

```
Doc No: 00147696
Book:11447 , Page: 258.
```

Prepared by, Recording Requested By and Return to:
Charles Brown
Brown & Associates
2316 Southmore
Pasadena, TX 77502
713-941-4928



**This instrument is a correction of that certain instrument described below wherein by error, mistake or scrivener's error, the name of the wrong entity was typed as Assignee and this instrument is made to correct said error, mistake, or scrivener's error, and in all other respects confirms and ratifies said former instrument.**

## CORRECTION ASSIGNMENT OF MORTGAGE

Recording Reference of Instrument being corrected: Book or Liber 8575 Page Number 9 Instrument Number 00174522

Min: 1002063000001673I6    MERS Phone: 1-888-679-6377

*FOR VALUE RECEIVED,* MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., whose address is P.O. Box 2026, Flint, MI 48501-2026, AS NOMINEE FOR DOMESTIC BANK, A FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS, does hereby assign and transfer to THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES,SERIES 2004-2, ITS SUCCESSORS AND ASSIGNS, forever and without recourse, whose address is c/o New Penn Financial, LLC d/b/a Shellpoint Mortgage Servicing, 55 Beattie Place, Suite 110, MS#001, Greenville, SC 29601, all its right, title and interest in and to a certain Mortgage from FELIPE D MERCEDES AND ADELAIDA D. MERCEDES to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DOMESTIC BANK, A FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS for $140,000.00, dated 10/30/2003 of record on 11/5/2003 in Book 6157 Page 335, in the PROVIDENCE County Clerk's Office, State of RHODE ISLAND.

Property Address: 160-162 Whittier Avenue, Providence, RHODE ISLAND 02909

Doc No: 00147696
Book:11447 Page: 259

Executed this  6-29-16  .

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DOMESTIC BANK,
A FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS

By: *[signature]* Scott Myers
Title: ASSISTANT SECRETARY

STATE OF  South Carolina
COUNTY OF  Greenville

Before me, the undersigned officer, on this day, personally appeared  Scott Myers  the ASSISTANT SECRETARY of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DOMESTIC BANK, A FEDERAL SAVINGS BANK, ITS SUCCESSORS AND ASSIGNS known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.

Given under my hand and seal this  6-29-16  .

*[signature]* Tamiah B. Kerns
Notary Public in and for the State of  South Carolina
Notary's Printed Name:  Tamiah B Kerns
My Commission Expires:  4-21-20
Mortgage for $140,000.00 dated 10/30/2003

RECEIVED:

Providence
Received for Record
Jul 12, 2016 at 09:12A
Document Num: 00147696
John A Murphy
Recorder of Deeds

TRUE COPY
RECORDER OF DEEDS
PROVIDENCE, R.I.

056569
RECEIVED FOR RECORD

ATTEST

at book 11447
pages 258-259

**CERTIFIED COPY**

JAN 10 2017